# United States District Court

_____CENTRAL_____ DISTRICT OF _____CALIFORNIA_____

| UNITED STATES OF AMERICA | CRIMINAL COMPLAINT |
|---|---|
| V. | |
| DENNIS ARNOLD FIGUEROA | CASE NUMBER: **08-0254M** |

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about <u>December 10, 2005</u>, in <u>Los Angeles</u> County, within the <u>Central</u> District of <u>California</u>, defendant DENNIS ARNOLD FIGUEROA ("defendant") did, willfully, knowingly, and unlawfully travel in interstate commerce from the State of California to Guatemala with the intent to avoid prosecution for the crimes of murder and robbery, in violation of California Penal Code sections 187 and 211 respectively, felony offenses in the State of California, for which defendant was charged in arrest warrant number LACBA29469701, issued by the Superior Court of Los Angeles, County of Los Angeles, on December 21, 2005, in violation of Title <u>18</u>, United States Code, Section <u>1073</u>.

Moreover, defendant continues to violate Title 18, United States Code, Section 1073 by refusing to return to the State of California to face his prosecution for the crimes of murder and robbery.

I further state that I am a Special Agent of the Federal Bureau of Investigation and that this complaint is based on the following facts:

(SEE ATTACHMENT)

FILED
CLERK, U.S. DISTRICT COURT
FEB 7 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

LODGED
2008 FEB -7 AM 10:13
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY

Continued on the attached sheet and made a part hereof:  ☒Yes ☐No

_____
Signature of Complainant
Scott F. Garriola
Special Agent - FBI

Sworn to before me and subscribed in my presence,

Date: February 7, 2008    at    Los Angeles, California
                                City and State

Hon. Jeffrey Johnson, U.S. Magistrate Judge
Name & Title of Judicial Officer

_____
Signature of Judicial Officer

## AFFIDAVIT

I, SCOTT F. GARRIOLA, being duly sworn, hereby depose and say:

1. I am a Special Agent of the Federal Bureau of Investigation, United States Department of Justice ("FBI"). I have been so employed for more than nineteen (19) years. I have been a member of the joint FBI/Los Angeles Police Department ("LAPD") Fugitive Task Force for eleven (11) years. I have extensive experience in conducting fugitive investigations. In that capacity, I have conduced thousands of fugitive investigations and executed hundreds of fugitive arrests.

2. This affidavit is made in support of a criminal complaint and a probable cause arrest warrant for DENNIS ARNOLD FIGUEROA ("FIGUEROA") for Unlawful Flight to Avoid Prosecution in violation of Title 18, United States Code, Section 1073. The information contained herein is based on my participation in this investigation, as well as my conversations with other law enforcement officers and my review of various law enforcement documents.

3. On or about December 10, 2007, I was advised by Detective Sunny Romero, LAPD, Newton Division Homicide Unit, of the following facts:

   a. On December 10, 2005, Fernando Mendez was murdered in what appeared to be a dispute after a motor vehicle accident. Mendez was a passenger in a vehicle, with three other occupants, that became involved in a traffic accident with a second vehicle. The occupants of the second vehicle, including FIGUEROA, began to rob and physically attack Mendez and the others. Investigation by Detective Romero and other LAPD officers identified FIGUEROA, a documented "Al Capone" Hispanic street gang member,

as being involved. When Mendez began to defend himself with a knife, FIGUEROA ordered that he be shot. Mendez was shot by another gang member and died at the scene.

  b. In December 2005, Detective Romero received information that FIGUEROA had returned to his native Guatemala. The LAPD was not able to corroborate the information at that time. In February 2007, the LAPD placed FIGUEROA on its newly-created Ten Most Wanted Gang Members list and offered a $50,000 reward for his capture.

  4. In the months after FIGUEROA was placed on the list, I and other officers of the FBI/LAPD Fugitive Task Force searched for FIGUEROA at all of his known addresses in the Los Angeles area, but were unable to find FIGUEROA at those addresses.

  a. In December 2007, Detective Romero advised that he had received several emails from an individual in Guatemala who stated that FIGUEROA was in Guatemala. The tipster provided an address for FIGUEROA and confirmed his identity via photographs. The tipster again contacted Detective Romero in January 2008 and provided a new address for FIGUEROA.

  5. Detective Sunny Romero has advised me that on or about December 21, 2005, warrant number LACBA29469701 was issued by the Superior Court of Los Angeles, County of Los Angeles, charging FIGUEROA with one count of murder and four counts of robbery, all felonies, in violation of sections 187 and 211 of the California Penal Code respectively.

  6. Detective Romero has advised me that the Los Angeles County District Attorney's Office ("DA's Office") has agreed to extradite FIGUEROA, and along with the LAPD, has asked the FBI for assistance in

apprehending and returning FIGUEROA to the Los Angeles area. I received a letter from the DA's Office on or about June 13, 2007, in which the DA's Office requested the FBI's assistance in apprehending and returning FIGUEROA to the Los Angeles area.

7. Based on the information set forth above and my extensive experience in conducting fugitive investigations, I believe that there is probable cause to believe that FIGUEROA fled the State of California with the intent to avoid prosecution for the crimes of murder and robbery, and that there is probable cause for the issuance of an arrest warrant for DENNIS ARNOLD FIGUEROA for violation of Title 18, United States Code, Section 1073, Unlawful Flight to Avoid Prosecution.

Scott F. Garriola
Special Agent-FBI

Subscribed and sworn to before me
on this 7th day of February, 2008

THE HONORABLE JEFFREY JOHNSON
UNITED STATES MAGISTRATE JUDGE